**FILED**
AUG 20 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8749

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Gilberto David ANDRADE-Gastelum<br><br>Defendant. | Magistrate Case No.:<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about August 19, 2008, within the Southern District of California, Gilberto David ANDRADE-Gastelum did knowingly and intentionally import approximately 28.74 kilograms (63.22 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration & Customs
Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 20th DAY OF August, 2008.

_____
PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Gilberto David ANDRADE-Gastelum

## STATEMENT OF FACTS

This complaint is based upon the personal observations, investigation and information provided to U. S. Immigration and Customs Enforcement Special Agent Douglas Struckmeyer.

On August 19, 2008, Gilberto David ANDRADE-Gastelum entered the United States at the Calexico, California, West Port of Entry. ANDRADE was the driver and sole occupant of a 2008 Chevrolet Malibu registered in his name.

Canine Enforcement Officer (CEO) J. Jones was conducting pre-primary operations with his Narcotic Detector Dog (NDD). CEO Jones conducted a sweep of the 2008 Chevrolet Malibu with his NDD. CEO Jones' NDD alerted to the vehicle, indicating the presence of the odor of a controlled substance in the vehicle. CEO Jones instructed ANDRADE to turn off the vehicle. He then instructed ANDRADE out of the vehicle, where ANDRADE was placed in handcuffs and escorted to the vehicle secondary office.

CBPO V. Fonseca was with CEO Jones at the time. Before ANDRADE was escorted to the vehicle secondary office, CBPO Fonseca received a negative Customs declaration from ANDRADE. ANDRADE told Fonseca that the vehicle he was driving belonged to him.

CEO Jones began the secondary inspection of the vehicle. While inspecting the vehicle, CEO Jones found a non-factory compartment built underneath the rear seat, and extending into the trunk area. Special Agent (SA) Struckmeyer observed for a

short time after CEO Jones found the non-factory compartment. SA Struckmeyer was immediately able to smell a strong odor of fresh bondo material emanating from the area of the compartment.

CEO Jones punctured the compartment, producing a white powdery substance that field-tested positive for cocaine. Once the compartment was opened, 24 packages were found concealed inside. The compartments were wrapped in clear tape and black duct tape with a layer of baby powder between the two. The total gross weight of the packages was approximately 28.74 kilograms (63.22 pounds).

A registration found in the vehicle showed that the vehicle had been registered in ANDRADE's name since May 6, 2008, at which time it was transferred to ANDRADE as a used vehicle. Record checks indicate that since May 6, the vehicle has entered the United States through Calexico, West Port of entry eleven times. Although many of the vehicle's crossings are consistent with crossing made by ANDRADE, records indicate that the vehicle's most recent crossing on August 16 in not consistent with ANDRADE's crossings.